**2011–0471.  In re O.J.**
Hamilton App. No. C–100044. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, J., dissents.

**2011–0475.  King v. King.**
Medina App. No. 10CA0009–M, 2011-Ohio-513. On motion for stay of execution of trial court order and decision and journal entry of court of appeals. Motion denied.
CUPP, J., dissents.

**2011–0491.  State v. Brooks.**
Montgomery App. No. 23784, 2010-Ohio-5886. On motion for leave to file delayed appeal. Motion granted.
O'DONNELL, J., dissents.

# APPEALS ACCEPTED FOR REVIEW

**2011–0212.  State v. Lloyd.**
Holmes App. No. 09 CA 12, 2010-Ohio-6562. Discretionary appeal accepted on Proposition of Law No. II.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. I, III, IV, and V.
McGEE BROWN, J., would also accept the appeal on Proposition of Law Nos. III, IV, and V.
O'DONNELL, LANZINGER, and CUPP, JJ., dissent.

**2011–0215.  In re M.W.**
Cuyahoga App. No. 94737, 2010-Ohio-6362. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, LANZINGER, and McGEE BROWN, JJ., would also accept the appeal on Proposition of Law No. II.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2011–0226.  State v. Wade.**
Franklin App. No. 10AP–159, 2010-Ohio-6395. Discretionary appeal accepted; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

**2011–0244.  State v. Swidas.**
Lake App. No. 2009–L–104, 2010-Ohio-6436. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. II.
PFEIFER, J., dissents.

**2011–0252.  State ex rel. Ohio Attorney Gen. v. Shelly Holding Co.**
Franklin App. No. 09AP–938, 2010-Ohio-6526.
McGEE BROWN, J., dissents.

**2011–0257.  In re J.B.A.**
Licking App. No. 10–CA–30, 2010-Ohio-6564. Discretionary appeal accepted on Proposition of Law Nos. II and III; cause held for the decision in 2008–1624, *In re Smith,* Allen App. No. 1–07–58, 2008-Ohio-3234; and briefing schedule stayed.
O'CONNOR, C.J., and O'DONNELL, J., would accept the appeal on Proposition of Law No. II only.
PFEIFER, LUNDBERG STRATTON, and McGEE BROWN, JJ., would also accept the appeal on Proposition of Law No. I.

**2011–0258.  Buck v. Reminderville.**
Summit App. No. 25272, 2010-Ohio-6497. Discretionary appeal accepted; cause held for the decision in 2010–1561, *Sampson v. Cuyahoga Metro. Hous. Auth.,* Cuyahoga App. No. 93441, 188 Ohio App.3d